```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

CUSTINA GRANGER                                          PLAINTIFF

V.                         CIVIL ACTION NO. 5:24-cv-126-DCB-LGI

DAYS INN WORLDWIDE, INC. (*Wyndham Hotels*)
and MILTON HARRELL                                       DEFENDANT

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court on Magistrate Judge Isaac's Report and Recommendation ("Report") [ECF No. 3] recommending that the Court dismiss this action, without prejudice, for Plaintiff Custina Granger's failure to prosecute and obey the orders of the Court. The Report was entered on November 25, 2025, and objections to it were due by December 9, 2025. No party has objected to the report.

Plaintiff filed her complaint on December 18, 2024. [ECF No. 1]. On October 9, 2025, Judge Isaac entered Order to Show Cause directing Plaintiff to show why her complaint should not be dismissed for failure to serve Defendants or serve process on Defendants. [ECF No. 2]. The show cause order was electronically sent to Plaintiff's counsel of record, Louis Ivan Burghard. As of the entry date of this Order, Plaintiff has never responded to the show cause order, nor served process on the Defendant. On November 25, 2025 Judge Issac presented these facts and recommended dismissal for the reasons set forth above.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

Accordingly, the Court agrees with Judge Isaac's recommendation. The Report [ECF No. 3] is hereby ADOPTED and this action is DISMISSED WITHOUT PREJUDICE.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 28th day of January, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE